## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CLARISA FIGUEROA-ORTIZ, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:18-cv-00707(VLB) |
| | : | |
| v. | : | |
| | : | |
| JEROME HOME, ET AL., | : | |
| | : | |
| Defendants. | : | February 14, 2019 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS HARTFORD HEALTHCARE SENIOR SERVICES, INC. AND HARTFORD <u>HEALTHCARE CORPORATION</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff, in the above-entitled action, by and through her attorneys, Sabatini and Associates, LLC, gives notice of her voluntary dismissal of the Complaint as to Defendants Hartford Healthcare Senior Services, Inc. and Hartford Healthcare, Inc. ONLY.

By /s/ James Sabatini
James Sabatini , Esquire        CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT   06111
Tel. No.:   860-667-0839
Fax No.:   860-667-0867
e-mail:   jsabatini@sabatinilaw.com

**Attorney for Plaintiff**

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.


/s/ James Sabatini
James Sabatini