# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARISA FIGUEROA-ORTIZ : | |
| : | |
| v. : | NO. 3:18-cv-707-VLB |
| : | |
| JEROME HOME, HARTFORD : | |
| HEALTHCARE SENIOR : | |
| SERVICES, INC., AND HARTFORD : | |
| HEALTHCARE CORPORATION : | |

## JUDGMENT

This action having come before the Court on defendant Jerome Home's motion for summary judgment before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, having already dismissed all claims against defendants Hartford Healthcare Senior Services, Inc. and Hartford HealthCare Corporation (Dkt. 21), and having issued a Memorandum of Decision granting defendant's motion (Dkt. 36); it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and this case is closed.

Dated at Hartford, Connecticut, this 7th day of November, 2019.

ROBIN D. TABORA, Clerk

By /S/ Jeremy J. Shafer
Jeremy Shafer
Deputy Clerk

EOD: 11/7/2019